UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HINES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | C16-881 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial date, docket no. 30, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **January 22, 2018** |
|---|---|
| Discovery completion deadline | September 27, 2017 |
| Dispositive motions filing deadline | November 2, 2017 |
| Motions in limine filing deadline | December 21, 2017 |
| Agreed pretrial order due | January 5, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 5, 2018 |

MINUTE ORDER - 1

| Pretrial Conference | January 12, 2018 at 10:00 a.m. |
|---|---|

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 24, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2