UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL HINES,<br><br>    Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | C16-881 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for extension, docket no. 35, is GRANTED as follows. Plaintiff is deemed to have timely disclosed his expert, Thomas A. Tarter of the Andela Consulting Group, by identifying him on April 19, 2017, and providing Mr. Tarter's report on April 26, 2017. Defendant may depose Mr. Tarter at a mutually convenient time on or before November 3, 2017. In light of this limited extension of the discovery completion deadline and the upcoming Thanksgiving holiday, the dispositive motions filing deadline is EXTENDED to November 16, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1